IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH ERROL HOGARTH,
Inmate #300774,
    Plaintiff,

vs.                                          Case No. 3:15cv292/LAC/EMT

CORIZON HEALTH, INC.,
    Defendant.
_____/

# O R D E R

       This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 10, 2015 (ECF No. 8).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

       Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

Page 2 of 2

2. This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

**DONE AND ORDERED** this 23rd day of December 2016.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**